DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANA LOPEZ,**
Appellant,

v.

**ROSEANN DIFIORE ROSEN, et al.,**
Appellees.

No. 4D22-2140

[June 15, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case No. COCE16-3915.

Kathy Riano-Lopez of Riano & Associates, LLC, Cooper City, for appellant.

Robert A. Selig of Law Offices of Robert A. Selig, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***